THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA E. BURDO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C13-0763-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 17). No objections have been filed. The Court, having considered the Report and Recommendation, the parties' briefing, and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation in full.

(2) The Commissioner's final decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk of the Court is respectfully DIRECTED to send copies of this Order to the parties and to Judge Donohue.

//

ORDER
PAGE - 1

1   DATED this 13th day of November 2013.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2